IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-3298** |
| vs. | : | |
| | : | |
| **DEFOND MANUFACTURING, LTD.,** | : | |
| **OF HONG KONG,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 20, 2002, at 2:00 p. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,                 J.