IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | No. 02-CV-3298 |
| v. | : | |
| **DEFOND MANUFACTURING, LTD.,** | : | |
| **OF HONG KONG** | : | |

## ORDER

AND NOW, this 15th day of October, 2002, the plaintiff Federal Insurance Company having filed a motion to dismiss the action, it is **ORDERED** that the Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) [Docket No. 8] is **DENIED**.

TIMOTHY J. SAVAGE,  J.